# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| JOSEPH SHOEMAKER, RICHARD GINDIN, DEMYA JOHNSON, KIMBERLY STARLING, And MATTHEW MCCORMICK, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>RICHARD ZEITLIN, AMERICAN TECHNOLOGY SERVICES, LLC, UNIFIED DATA SERVICES, LLC, COMPLIANCE CONSULTANTS, LLC, WIRED 4 DATA, LLC, and JOHN DOES 1-10, corporate entities and individuals presently unknown,<br><br>    Defendants. | Civil No. 1:21-cv-01668-CCC |

## UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendants Richard Zeitlin, American Technology Services, LLC, Unified Data Services, LLC, Compliance Consultants, LLC, and Wired 4 Data, LLC (hereinafter "Plaintiffs"), through their counsel of record, Christopher Sarno, respectfully moves for a nine-day extension of time to file an answer or otherwise respond to the Complaint. This unopposed motion is filed pursuant to Local Rule 7.5.

The current deadline to answer or otherwise respond to the Complaint by December 29, 2021. The Plaintiffs require additional time to respond to the Complaint. One of Plaintiffs' lead counsel had to travel unexpectedly for a funeral this week, and his work is necessary to responding to this Complaint. Given the unexpected funeral and the upcoming holiday, the Plaintiffs need an additional nine (9) days to respond, to January 7, 2022.

WHEREFORE, the Plaintiffs respectfully move this Court to extend the deadline to answer or otherwise respond to the Complaint by thirty days to January 7, 2022.

Respectfully submitted on December 27, 2021.

                                                       CLYMER MUSSER & SARNO PC

Date: December 27, 2021        __/s/James N. Clymer_____
                                               James N. Clymer, Esq.
                                               Attorney ID: 27151

## **Certificate of Conference**

I hereby certify that the parties conferred regarding this motion and this motion is unopposed.

Dated December 27, 2021.

  /s/ Daniel J. Treuden
Daniel Treuden

## **Certificate of Service**

I hereby certify that on December 27, 2021, service was made on the Plaintiff through Counsel of Record using the Court's ECF service.

  /s/ Daniel J. Treuden
Daniel Treuden