## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| JOSEPH SHOEMAKER, RICHARD GINDIN, DEMYA JOHNSON, KIMBERLY STARLING, And MATTHEW MCCORMICK, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> RICHARD ZEITLIN, AMERICAN TECHNOLOGY SERVICES, LLC, UNIFIED DATA SERVICES, LLC, COMPLIANCE CONSULTANTS, LLC, WIRED 4 DATA, LLC, and JOHN DOES 1-10, corporate entities and individuals presently unknown, <br><br> Defendants. | Civil No. 1:21-cv-01668-CCC <br><br> **Judge Conner** <br><br> **ELECTRONICALLY FILED** |

### Defendants' Index of Exhibits

Richard Zeitlin; American Technology Services, LLC; Unified Data Services, LLC; Compliance Consultants, LLC; and Wired 4 Data, LLC, ("Defendants"), by and through counsel, the Bernhoft Law Firm, S.C.

1

hereby files this Index of Exhibits to its Memorandum in Support of Defendants' Motion to Dismiss Complaint.

| **Exhibit** | **Description** |
|---|---|
| A | *Aaronson v. CHW Grp., Inc.*, No. 1:18-cv-1533, 2019 U.S. Dist. LEXIS 231433 (E.D. Va. Apr. 15, 2019) |
| B | *Callier v. Nat'l United Grp., LLC*, No. EP-21-CV-71-DB, 2021 U.S. Dist. LEXIS 223278 (W.D. Tex. Nov. 17, 2021) |
| C | *Chernus v. Logitech, Inc.*, Civil Action No. 17-673(FLW), 2018 U.S. Dist. LEXIS 70784 (D.N.J. Apr. 27, 2018) |
| D | *Cunningham v. Kondaur Capital*, No. 3:14-1574, 2014 U.S. Dist. LEXIS 183095 (M.D. Tenn. Nov. 19, 2014) |
| E | *Huber v. Pro Custom Solar, LLC*, No. 3:19-CV-01090, 2020 U.S. Dist. LEXIS 87025 (M.D. Pa. May 18, 2020) |
| F | *Inzillo v. Cont'l Plaza*, NO. 3:99-CV-0100, 2000 U.S. Dist. LEXIS 20103 (M.D. Pa. Nov. 27, 2000) |
| G | *Scruggs v. CHW Grp., Inc.*, Civ. A. No. 20-48, 2020 U.S. Dist. LEXIS 253431 (E.D. Va. Nov. 12, 2020) |
| H | *Smith v. Direct Bldg. Supplies, LLC*, No. 20-3583, 2021 U.S. Dist. LEXIS 193657 (E.D. Pa. Oct. 7, 2021) |
| I | *Spiegel v. Reynolds*, No. 15 C 8504, 2016 U.S. Dist. LEXIS 161642 (N.D. Ill. Nov. 22, 2016) |