IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH SHOEMAKER, RICHARD GINDIN, DEMYA JOHNSON, KIMBERLY STARLING, And MATTHEW MCCORMICK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD ZEITLIN, AMERICAN TECHNOLOGY SERVICES, LLC, UNIFIED DATA SERVICES, LLC, COMPLIANCE CONSULTANTS, LLC, WIRED 4 DATA, LLC, and JOHN DOES 1-10, corporate entities and individuals presently unknown,<br><br>Defendants. | Civil No. 1:21-cv-01668-CCC |

1

## SUPPLEMENTARY DECLARATION OF DEFENDANT RICHARD ZEITLIN IN SUPPORT OF DEFENDANTS' RULE 12(b)(2) MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

I, Richard Zeitlin, hereby declare under penalty of perjury that:

1. I am a Defendant in the above-referenced matter.

2. I have personal knowledge of the facts set forth in this Declaration and if called upon to testify, could do so competently.

3. I am neither an owner nor an officer of Wired 4 Data, LLC and never have been.

4. This declaration is offered in support of Defendants' Rule 12(b)(2) motion challenging this Court's personal jurisdiction and is not intended to convert Defendants' Rule 12(b)(6) motion to dismiss for failure to state a claim to a Rule 56 motion for summary judgment.

Pursuant to 28 U.S.C. ¶ 1746, I declare under penalty of perjury the foregoing is true and correct to the best of my information, knowledge, and belief.

Dated: January 18, 2022.

_____
Richard Zeitlin

2