IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH SHOEMAKER, RICHARD GINDIN, DEMYA JOHNSON, KIMBERLY STARLING, And MATTHEW MCCORMICK, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> RICHARD ZEITLIN, AMERICAN TECHNOLOGY SERVICES, LLC, UNIFIED DATA SERVICES, LLC, COMPLIANCE CONSULTANTS, LLC, WIRED 4 DATA, LLC, and JOHN DOES 1-10, corporate entities and individuals presently unknown, <br><br> Defendants. | Civil No. 1:21-cv-01668-CCC <br><br> **Judge Conner** <br><br> **ELECTRONICALLY FILED** |

### Defendants' Index of Exhibits

Richard Zeitlin; American Technology Services, LLC; Unified Data Services, LLC; Compliance Consultants, LLC; and Wired 4 Data, LLC, ("Defendants"), by and through counsel, the Bernhoft Law Firm, S.C.

1

hereby files this Index of Exhibits to its Memorandum in Support of Defendants' Motion to Strike Class Allegations.

| Exhibit | Description |
| --- | --- |
| A | *Am.'s Health & Res. Ctr., Ltd. v. Promologics, Inc.*, 16-cv-9281, 2018 U.S. Dist. LEXIS 120590 (N.D. Ill. July 19, 2018) |
| B | *Bakov v. Consol. World Travel, Inc.*, 15-cv-2980, 2019 U.S. Dist. LEXIS 46510 (N.D. Ill. Mar. 21, 2019) |
| C | *DeBernardis v. NBTY, Inc.*, No. 17 C 6125, 2018 U.S. Dist. LEXIS 7947 (N.D. Ill. Jan. 18, 2018) |
| D | *Dixon v. Monterey Fin. Servs., Inc.*, 2016 U.S. Dist. LEXIS 111687, 2016 WL 4426908 (N.D. Cal. Aug. 22, 2016) |
| E | *Eager v. Credit Bureau Collection Servs., Inc.,* No. 1:13-CV-173, 2014 WL 3534949 (W.D. Mich. July 16, 2014) |
| F | *Horowitz v. AT&T, Inc.*, 17-cv-4827, 2018 U.S. Dist. LEXIS 69191 (D.N.J. April 25, 2018) |
| G | *In re Dental Supplies Antitrust Litig.*, 16-cv-696, 2017 U.S. Dist. LEXIS 153265 (E.D.N.Y Sept. 20, 2017) |
| H | *In re Dicamba Herbicides Litig.*, MDL 2820, 2019 U.S. Dist. LEXIS 20225 (E.D. Mo. 2019) |
| I | *Inzillo v. Cont'l Plaza*, NO. 3:99-CV-0100, 2000 U.S. Dist. LEXIS 20103 (M.D. Pa. Nov. 27, 2000) |
| J | *Kamar v. RadioShack Corp.*, 375 Fed. Appx. 734 (9th Cir. April 14, 2010) |
| K | *Lindsay Transmission, LLC v. Office Depot, Inc.*,2013 U.S. Dist. LEXIS 9554, 2013 WL 275568 (E.D. Mo. Jan. 24, 2013) |
| L | *McDonnell v. Nature's Way Products, LLC*, 2017 U.S. Dist. LEXIS 177892 (N.D. Ill. Oct. 26, 2017) |
| M | *Pepka v. Kohl's Dep't Stores, Inc.*, No. CV-16-4293-MWF (FFMx), 2016 U.S. Dist. LEXIS 186402 (C.D. Cal. Dec. 21, 2016) |

| | |
|---|---|
| N | *Roy v. FedEx Ground Package Sys., Inc.*, 2018 U.S. Dist. LEXIS 85288 (D. Mass. May 22, 2018) |
| O | *Sauter v. CVS Pharmacy, Inc.*, No. 2:13-cv-846, 2014 U.S. Dist. LEXIS 63122 (S.D. Ohio May 7, 2014) |
| P | *Schonton v. MPA Granada Highlands LLC*, No. 16-cv 12151-DJC, 2019 U.S. Dist. LEXIS 56502 (D. Mass. Apr. 2, 2019) |
| Q | *Shamblin v. Obama*, No. 8:13-cv-2428-T-33TBM, 2015 U.S. Dist. LEXIS 54849 (M.D. Fla. Apr. 27, 2015) |
| R | *Taylor v. Universal Auto Grp. I, Inc.*, No. 3:13-cv-05245-KLS, 2014 U.S. Dist. LEXIS 164312 (W.D. Wash. Nov. 24, 2014) |
| S | *Ubaldi v. SLM Corp.*, No. 11-01320 EDL, 2014 U.S. Dist. LEXIS 38587 (N.D. Cal. Mar. 24, 2014) |
| T | *Wanty v. Messerli & Kramer, P.A.*, No. 05-CV-0350, 2006 WL 2691076 (E.D. Wis. Sept. 19, 2006) |
| U | *Wenokur v. AXA Equitable Life Ins. Co.*, 17-cv-165, 2017 U.S. Dist. LEXIS 162812 (D. Ariz. Oct. 2, 2017) |