IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH SHOEMAKER, RICHARD GINDIN, DEMYA JOHNSON, KIMBERLY STARLING, And MATTHEW MCCORMICK, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> RICHARD ZEITLIN, AMERICAN TECHNOLOGY SERVICES, LLC, UNIFIED DATA SERVICES, LLC, COMPLIANCE CONSULTANTS, LLC, and JOHN DOES 1-10, corporate entities and individuals presently unknown, <br><br> Defendants. | Civil No. 1:21-cv-01668-CCC <br><br> **Judge Conner** <br><br> **ELECTRONICALLY FILED** |

**Defendants' Index of Exhibits**

Richard Zeitlin; American Technology Services, LLC; Unified Data Services, LLC; Compliance Consultants, LLC; and Wired 4 Data, LLC, ("Defendants"), by and through counsel, the Bernhoft Law Firm, S.C. hereby files this Index of Exhibits to its Consolidated Memorandum in

1

Support of Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint and Motion to Strike Class Allegations.

| Exhibit | Description |
|---|---|
| A | American Technology Services, LLC's report of status and history from Delaware Secretary of State |
| B | Unified Data Services, LLC's report of status and history from Delaware Secretary of State |
| C | Compliance Consultants, LLC's report of status and history from Delaware Secretary of State |
| D | Complaint filed in *Richard Zeitlin, et al. v. Federal Trade Commission*, No. 2:19-cv-00698 (D. Nev.) |
| E | Motion to Dismiss filed in *Richard Zeitlin, et al. v. Federal Trade Commission*, No. 2:19-cv-00698 (D. Nev.) |
| F | Response to Motion to Dismiss filed in *Richard Zeitlin, et al. v. Federal Trade Commission*, No. 2:19-cv-00698 (D. Nev.) |
| G | Opening Brief filed in *Unified Data Services, LLC, et al. v. Federal Trade Commission*, No. 20-16128 (9th Cir.) |
| H | Reply Brief filed in *Unified Data Services, LLC, et al. v. Federal Trade Commission*, No. 20-16128 (9th Cir.) |
| I | Richard Steinberg & Deborah Morris, *Ratio Discrimination in Charity Fundraising: The Inappropriate Use of Cost Ratios Has Harmful Side-Effects*, 1 VOLUNTARY SECTOR REV. 77, 89 (2010) |
| J | *Aaronson v. CHW Grp., Inc.*, No. 1:18-cv-1533, 2019 U.S. Dist. LEXIS 231433 (E.D. Va. Apr. 15, 2019) |
| K | *Chernus v. Logitech, Inc.*, Civil Action No. 17-673(FLW), 2018 U.S. Dist. LEXIS 70784 (D.N.J. Apr. 27, 2018) |
| L | *Cunningham v. Kondaur Capital*, No. 3:14-1574, 2014 U.S. Dist. LEXIS 183095 (M.D. Tenn. Nov. 19, 2014) |

| M | *Huber v. Pro Custom Solar, LLC*, No. 3:19-CV-01090, 2020 U.S. Dist. LEXIS 87025 (M.D. Pa. May 18, 2020) |
|---|---|
| N | *Hurley v. Messer*, No. 16-cv 9949, 2017 U.S. Dist. LEXIS 56951 (S.D. W. Va., Apr. 13, 2017) |
| O | *Inzillo v. Cont'l Plaza*, NO. 3:99-CV-0100, 2000 U.S. Dist. LEXIS 20103 (M.D. Pa. Nov. 27, 2000) |
| P | *Scruggs v. CHW Grp., Inc.*, Civ. A. No. 20-48, 2020 U.S. Dist. LEXIS 253431 (E.D. Va. Nov. 12, 2020) |
| Q | *Smith v. Direct Bldg. Supplies, LLC*, No. 20-3583, 2021 U.S. Dist. LEXIS 193657 (E.D. Pa. Oct. 7, 2021) |
| R | *Spiegel v. Reynolds*, No. 15 C 8504, 2016 U.S. Dist. LEXIS 161642 (N.D. Ill. Nov. 22, 2016) |