**Department of State: Division of Corporations**

[Allowable Characters]

**HOME**

View Search Results

| Entity Details |||
|---|---|---|
| File Number: | 6624158 | Incorporation Date / Formation Date: 11/20/2017 (mm/dd/yyyy) |
| Entity Name: | AMERICAN TECHNOLOGY SERVICES LLC ||
| Entity Kind: | Limited Liability Company | Entity Type: General |
| Residency: | Domestic | State: State: |
| Status: | **Voluntarily Cancelled** | Status Date: 4/21/2021 |

**TAX INFORMATION**

| | | | |
|---|---|---|---|
| Last Annual Report Filed: | 0 | Tax Due: | $ 0 |
| Annual Tax Assessment: | $ 300 | Total Authorized Shares: | |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | AMERICAN INCORPORATORS LTD. | | |
| Address: | 1013 CENTRE ROAD SUITE 403-A | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19805 |
| Phone: | 302-421-5752 | | |

**FILING HISTORY (Last 5 Filings)**

| Seq | Description | No. of pages | Filing Date (mm/dd/yyyy) | Filing Time | Effective Date (mm/dd/yyyy) |
|---|---|---|---|---|---|
| 1 | Cancellation; Trust,GP,LP,LLC,RSE | 1 | 4/21/2021 | 10:48 AM | 4/21/2021 |
| 2 | LLC | 1 | 11/20/2017 | 9:45 AM | 11/20/2017 |

[Back to Entity Search]   [Email Status]

For help on a particular field click on the Field Tag to take you to the help area.