IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH SHOEMAKER** and **RICHARD GINDIN**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**RICHARD ZEITLIN, AMERICAN TECHNOLOGY SERVICES, LLC**, **UNIFIED DATA SERVICES, LLC**, **COMPLIANCE CONSULTANTS, LLC**, and **JOHN DOES 1-10**, corporate entities and individuals presently unknown,<br><br>*Defendants*. | CASE NO. 1:21-cv-01668-CCC<br><br>**Judge Christopher C. Conner** |

## JOINT NOTICE OF SETTLEMENT

COMES NOW Plaintiffs Joseph Shoemaker and Richard Gindin ("Plaintiffs") and Defendants Richard Zeitlin, American Technology Services, LLC, Unified Data Services, LLC and Compliance Consultants, LLC ("Defendants") by and through their undersigned counsel, and hereby notifies the Court that the parties have settled the above-styled action. The parties respectfully request that the Court stay this case for forty (40) days to allow the parties to finalize that settlement. Once the settlement is finalized, the parties will file a Joint Stipulation of Dismissal.

Dated: September 1, 2023    Respectfully submitted,

s/ *Max S. Morgan*_____
Eric H. Weitz, Esquire
Max S. Morgan, Esquire*
**THE WEITZ FIRM, LLC**
1515 Market Street, #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875
max.morgan@theweitzfirm.com
eric.weitz@theweitzfirm.com

*s/ David S. Senoff*_____
David S. Senoff, Esquire
Daniel F. Fee, Esquire*
**FIRST LAW STRATEGY GROUP, LLC**
121 S. Broad Street, Suite 300
Philadelphia, PA 19107
Tel: (215) 258-4700
Fax: (215) 258-4777
dsenoff@firstlawstrategy.com
dfee@firstlawstrategy.com

*Counsel for Plaintiffs
and the Proposed Classes*

**THE BERNHOFT LAW FIRM, S.C.**
Attorneys for the Defendants

*s/Thomas E. Kimble*_____
Thomas E. Kimble, Esq.
Illinois Bar No. 6257935
1402 E. Cesar Chavez Street
Austin, Texas 78702
(512) 582-2100 telephone
(512) 373-3159 facsimile
tekimble@bernhoftlaw.com
*Appearing pro hac vice*

*Attorney(s) for Defendant(s)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2023, service was made on all Counsel of Record using the Court's ECF service.

                                             /s Max S. Morgan_____
                                             Max S. Morgan, Esq.